# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

FILED

JUN 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

ROOZBECH IRAVANI,

WHA

CR 17 0340

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. § 2253- Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this ___20ᵗʰ___ day of

___JUNE 2017___.

_____ ROSE MAHER
                         Clerk

_____ Bail, $ ___no bail arrest warrant___

Laurel Beeler, U.S. Magistrate Judge

1-th

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
                                  ☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 2252(a)(4)(B); Possession of Child
Pornography;
18 U.S.C. § 2253 – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

### PENALTY:

Maximum prison term of 10 years
Maximum fine of $250,000
Maximum term of supervised release: life
Mandatory special assessment of $100

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S.**

▶ Roozbeh Iravani

DISTRICT COURT NUMBER

**CR 17 0340**

FILED
JUN 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI Special Agent Dave Brown

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40.  Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
   pending case involving this same
   defendant

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding
   this defendant were recorded under

} SHOW
DOCKET NO.

} MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM   BRIAN J. STRETCH
            ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   Randall Leonard

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑  Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior summons ▶
       was served on above charges _____

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐  On this charge

5) ☐  On another conviction

6) ☐  Awaiting trial on other  } ☐ Fed'l  ☐ State
       charges

If answer to (6) is "Yes", show name of institution _____

Has detainer      ☐ Yes  } If "Yes"
been filed?       ☐ No   } give date
                            filed
                            Month/Day/Year

**DATE OF**  ▶       _____
**ARREST**           Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED** ▶       Month/Day/Year
**TO U.S. CUSTODY**          _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1    BRIAN J. STRETCH (CABN 163973)
     United States Attorney
2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION                         WHA

11

12   UNITED STATES OF AMERICA,              )   CASE NO. 17    0340
                                            )
13          Plaintiff,                      )   VIOLATION:
                                            )   18 U.S.C. § 2252(a)(4)(B) – Possession of Child
14   v.                                     )   Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture
                                            )
15   ROOZBEH IRAVANI,                       )
                                            )
16          Defendant.                      )   SAN FRANCISCO VENUE
     _____)

17

18                              I N D I C T M E N T

19   The Grand Jury charges:

20   COUNT ONE: (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

21          Beginning on a date unknown, but continuing through on or about March 10, 2017, in the

22   Northern District of California, the defendant,

23                              ROOZBEH IRAVANI,

24   did knowingly possess matter which contained at least one visual depiction that had been shipped and

25   transported using a means and facility of interstate and foreign commerce, and in and affecting interstate

26   and foreign commerce, and which was produced using materials that had been mailed, shipped, and

27   transported in interstate commerce, by any means including by computer, the production of which

28

     INDICTMENT

1 involved the use of a minor who had not attained 12 years of age, engaging in sexually explicit conduct,

2 and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section

3 2252(a)(4)(B).

4 FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1)-(3) – Criminal Forfeiture)

5       1.     The allegations contained in Count One of this Indictment are hereby re-alleged and

6 incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States

7 Code, Section 2253.

8       2.     Upon conviction of an offense in violation of Title 18, United States Code, Section 2252,

9 the defendant,

10                       ROOZBEH IRAVANI,

11 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, (a) any visual

12 depiction described in Title 18, United States Code, sections 2251, 2251A, 2252, or 2252A or any book,

13 magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which

14 was produced, transported, mailed, shipped or received in violation of Title 18, United States Code,

15 Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other

16 proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to

17 commit or to promote the commission of the offense, including but not limited to the following items:

18         a.  Dell Inspiron 7720 laptop computer, service tag: 3542FT1;

19         b.  Toshiba MQ01AB100 1TB hard drive, s/n Y3HKSAM9S;

20       3.     If any of the property described above, as a result of any act or omission of the defendant,

21         a.     cannot be located upon the exercise of due diligence;

22         b.     has been transferred or sold to, or deposited with, a third party;

23         c.     has been placed beyond the jurisdiction of the court;

24         d.     has been substantially diminished in value; or

25         e.     has been commingled with other property which cannot be divided,

26 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

27 United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)

28

INDICTMENT

1   and by Title 28, United States Code, Section 2461(c).

2

3   DATED:   *20 JUNE 2017*                          A TRUE BILL.

4

5                                                    _____
                                                     FOREPERSON
6

7   BRIAN J. STRETCH
    United States Attorney

8

9   _____ *for Barbara Valliere*
    BARBARA VALLIERE
10  Chief, Criminal Division

11

12  (Approved as to form: _____ )
                           AUSA RANDALL LEONARD
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT