**DOUGLAS L. RAPPAPORT** (CSBN 136194)
LAW OFFICES OF DOUGLAS L. RAPPPAPORT
260 California Street, Suite 1002
San Francisco, CA 94111
415-989-7900
admin@sfcrimlaw.com

Attorney for Defendant
**ROOZBEH IRAVANI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-0340-WHA |
| Plaintiff, | [PROPOSED] ORDER RE CONFIDENTIALITY OF SHARPER FUTURE |
| v. | |
| ROOZBEH IRAVANI, | |
| Defendant. | |

Good cause having been shown, IT IS HEREBY ORDERED that any and all information which U.S. Pretrial Services receives from Sharper Future pertaining to Mr. Roozbeh Iravani shall not be shared or redisclosed to any third party and is for monitoring, therapeutic and audit purposes only.

//

//

//

//

//

[PROPOSED] ORDER re CONFIDENTIALITY OF SHARPER FUTURE
CR-17-340-wha                                      1

IT IS FURTHER ORDERED that this ORDER modifies and supercedes that portion of Sharper Future's Authorization for the Release of Confidential Information signed by Mr. Roozbeh Iravani which states that, "...the recipient of the information may redisclose the information and that then it may no longer be protected by the HIPAA privacy law."

APPROVED AS TO FORM:

Dated:   August 21, 2017                             /s/
                                                    SILVIO LUGO
                                                    Deputy Chief U.S. Pretrial Services Officer


Dated:   August 21, 2017                             /s/
                                                    RANDALL LEONARD
                                                    Assistant United States Attorney


Dated:   August 21, 2017                             /s/
                                                    DOUGLAS L. RAPPAPORT
                                                    Attorney for Defendant ROOZBEH IRAVANI

**IT IS SO ORDERED.**

Dated: August 22, 2017                             [signature]
                                                    HON. LAUREL BEELER
                                                    United States Magistrate Judge