**DOUGLAS L. RAPPAPORT (CSBN 136194)**
Law Offices of Douglas L. Rapppaport
260 California Street, Suite 1002
San Francisco, CA 94111
415-989-7900
admin@sfcrimlaw.com

Attorney for Defendant
**ROOZBEH IRAVANI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROOZBEH IRAVANI ) <br> ) <br> Defendants. ) <br> ) | CR-17-0340-WHA <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AS MODIFIED <br> **Current Hearing Date:** October 31, 2017 <br> Time: 2:00 pm <br> Judge: Alsup <br><br> **Proposed Hearing Date:** December 26, 2017 *or* **Thereafter** <br> Time: 2:00 pm |

The parties hereby agree and stipulate that the status conference date, currently set for October 31, 2017, be continued until December 26 [5], 2017 at 2:00 p.m. or thereafter for a status conference before The Honorable William H. Alsup. Mr. Iravani is out of custody on pre-trial release.

The charge in this case is possession of child pornography and is primarily based on a computer forensic analysis of the Torrent Network and Mr. Iravani's hard drive. The government has provided discovery in a timely fashion and the defense has been diligent in reviewing that discovery. However, given the complexity of the computer technology, additional time is necessary for the defense expert to meet with the government expert. This meeting is anticipated to occur within the next three weeks, though given counsel's schedules and the holidays, both parties are requesting

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE CR-17-340-WHA

1

December 26, 2017 or thereafter for a further status conference.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties agree to extend the time limits of Rule 5.1 during this period as well.

**IT IS SO STIPULATED.**

Dated: October 30, 2017 /s/
**DOUGLAS L. RAPPAPORT**
Attorney for Defendant Robert S. Wong

ALEX G. TSE (CABN 152348)
First Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

Dated: October 30, 2017 /s/
**RANDALL LEONARD**
Assistant United States Attorney

## [PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for status in this matter is re-set for December 5, 2017, at 2:00 p.m. before The Honorable William Alsup, and that the time from the date of this Order through the date of the status conference on December 5, 2017, shall be excluded from any calculations under 18 U.S.C. § 3161 and Rule 5.1 of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED.**

Dated: October 30, 2017.
**HON. WILLIAM H. ALSUP**
United States District Judge