**DOUGLAS L. RAPPAPORT (CSBN 136194)**
Law Offices of Douglas L. Rapppaport
260 California Street, Suite 1002
San Francisco, CA 94111
415-989-7900
admin@sfcrimlaw.com

Attorney for Defendant
**ROOZBEH IRAVANI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROOZBEH IRAVANI ) <br> ) <br> Defendants. ) <br> ) | CR-17-0340-WHA <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE <br> AS MODIFIED <br> **Current Hearing Date:** December 5, 2017 <br> Time: 2:00 pm <br> Judge: Alsup <br><br> **Proposed Hearing Date:** January 23, 2017 <br> Time: 2:00 pm |

The parties hereby agree and stipulate that the status conference date, currently set for December 5, 2017, be continued until January 23, 2017 at 2:00 p.m. for a status conference before The Honorable William Alsup. Mr. Iravani is out of custody on pre-trial release.

The charge in this case is possession of child pornography and is primarily based on a computer forensic analysis of the Torrent Network and Mr. Iravani's hard drive. The government has provided discovery in a timely fashion and the defense has been diligent in reviewing that discovery. Given the complexity of the computer technology, the defense expert met with the government expert on November 15, 2017. During this meeting, there was a computer problem that required the rescheduling of both experts. This meeting is anticipated to occur within the next three weeks, and then counsel will need additional time to evaluate the findings of this meeting with the

expert and then negotiate a possible resolution or further litigation with government. Given counsel's schedules and the holidays, both parties are requesting January 23, 2017 for a further status conference.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties agree to extend the time limits of Rule 5.1 during this period as well.

**IT IS SO STIPULATED.**

Dated: November 29, 2017　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　**DOUGLAS L. RAPPAPORT**
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　**ROOZBEH IRAVANI**



　　　　　　　　　　　　　　　　　　　　　**BRIAN STRETCH**
　　　　　　　　　　　　　　　　　　　　　United States Attorney


Dated: November 29, 2017　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　**RANDALL LEONARD**
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# [~~PROPOSED~~] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for status in this matter is re-set for January ~~23~~ 9, 2017, at 2:00 p.m. before The Honorable William Alsup, and that the time from the date of this Order through the date of the status conference on January 23, 2017, shall be excluded from any calculations under 18 U.S.C. § 3161 and Rule 5.1 of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED.**

Dated: December 3, 2017.

**HON. WILLIAM ALSUP**
United States District Judge