ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

RANDALL LEONARD (FLBN 0056205)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5596
    Randall.Leonard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROOZBEH IRAVANI,<br><br>    Defendant. | Case No. CR 17-340 WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

    On this matter, the parties are next scheduled to appear before the Court on May 29, 2018, for the defendant's sentencing hearing. The parties, however, agree that a continuance of that hearing is appropriate, and the parties jointly ask that the Court continue the hearing until July 3, 2018, during the Court's regular criminal calendar.

    Several factors compel this request. First, government counsel has been transferred to the U.S. Attorney's Office's San Jose branch and added to a San Jose criminal trial with a pre-trial conference already scheduled for May 29, 2018. Second, the Probation Officer assigned to this case recently received victim-impact statements and restitution requests, and she noted that a continuance would benefit her in the preparation of the defendant's presentence investigation report, or PSR. The proposed

CR 17-340 WHA
STIP & [PROPOSED] ORDER TO CONTINUE    1

continuance and alternative sentencing date will thus resolve a conflict for government counsel and help the Probation Officer—and consequently the Court—gather the facts necessary for a fair sentencing hearing.

For these reasons, the parties agree and jointly request that the Court continue the defendant's sentencing hearing until July 3, 2018, during the Court's regular criminal calendar.

SO STIPULATED.

| | |
|---|---|
| \_\_\_\_May 9, 2018\_\_\_\_<br>Date | /s/_____<br>RANDALL LEONARD<br>Assistant U.S. Attorney |
| \_\_\_\_May 9, 2018\_\_\_\_<br>Date | /s/_____<br>DOUGLAS RAPPAPORT<br>Attorney for Roozbeh Iravani |

For the reasons stated in the stipulation, and good cause having been shown, IT IS SO ORDERED.

_____                                      _____
Date                                                                                          William H. Alsup
                                                                                                    United States District Judge

CR 17-340 WHA
STIP & [PROPOSED] ORDER TO CONTINUE        2