**DOUGLAS L. RAPPAPORT (CSBN 136194)**
Rappaport & Sheridan
260 California Street, Suite 1002
San Francisco, CA 94111
415-989-7900
admin@sfcrimlaw.com

Attorney for Defendant
**ROOZBEH IRAVANI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROOZBEH IRAVANI<br>Defendants. | CR-17-0340-WHA<br>STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING ~~STATUS CONFERENCE~~ SENTENCING<br>**Current Hearing Date: July 3, 2018**<br>Time: 2:00 pm<br>Judge: Alsup<br>**Proposed Hearing Date: July 17, 2018**<br>Time: 2:00 pm |

The parties hereby agree and stipulate that the sentencing, currently set for July 3, 2018, be continued until July 17, 2018 at 2:00 p.m. for sentencing before The Honorable William Alsup. Mr. Iravani is out of custody on pre-trial release.

The sentencing was once continued from May 29, 2018 to July 3, 2018 because government counsel had a pre-trial conference in the U.S. Attorney's Office's San Jose branch scheduled at the same time as Mr. Iravani's sentencing and to allow the assigned Probation Officer additional time to prepare the Presentence Report as she had only recently received victim-impact statements and restitution requests.

This continuance is now being requested because Mr. Rappaport's wife surprised Mr. Rappaport with a last minute trip over the Fourth of July holiday. For this reason, the parties agree

and jointly request that the Court continue the defendant's sentencing hearing to July 17, 2018, during the Court's regular criminal calendar. Other jointly available dates include July 10, August 14, August 21 and August 28 of 2018.

**IT IS SO STIPULATED.**

Dated: May 22, 2018

/s/
**DOUGLAS L. RAPPAPORT**
Attorney for Defendant
**ROOZBEH IRAVANI**

Dated: May 22, 2018

/s/
**RANDALL LEONARD**
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER** AS MODIFIED

For the foregoing reasons, the Court HEREBY ORDERS that the date for sentencing in this matter is re-set to July ~~17~~ 18, 2018, at ~~2:00 p.m.~~ 8:00 a.m. before The Honorable William Alsup.

**IT IS SO ORDERED.**

Dated: May 31, 2018.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA

**HON.**
United S

STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING STATUS CONFERENCE CR-17-340-WHA
3